IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FINTIV, INC., a Delaware Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>APPLE INC., a California Corporation,<br><br>*Defendant*. | Civil Action No. 1:25-cv-04413-TRJ |

**DECLARATION OF SHAELYN DAWSON IN SUPPORT OF
APPLE INC.'S MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(A) OR
IN THE ALTERNATIVE TO DISMISS UNDER RULE 12(B)(6) FINTIV'S
FIRST AMENDED COMPLAINT**

I, Shaelyn Dawson, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently thereto. I submit this declaration in support of Apple Inc.'s Motion to Transfer Under 28 U.S.C. § 1404(a) or in the Alternative to Dismiss Under Rule 12(b)(6) Fintiv's First Amended Complaint ("Motion").

2. As part of the Motion, Apple requests that the Court take judicial notice of certain papers filed in *Fintiv, Inc. v. Apple Inc.*, Case No. 1:21-cv-00896-ADA ("Patent Case"). For the Court's convenience, attached hereto as Exhibits A-F are true and correct copies of those papers for which Apple seeks judicial notice that are accessible from the public docket.

3. Exhibit A is a true and correct copy of Dkt. No. 1 in the Patent Case. Dkt. No. 1 is Fintiv's patent complaint.

4. Exhibit B is a true and correct copy of Dkt. No. 1-1 in the Patent Case. Fintiv represented that Dkt. No. 1-1 is U.S. Patent No. 8,843,125.

5. Exhibit C is a true and correct copy of Dkt. No. 45 in the Patent Case. Dkt. No. 45 is Fintiv's brief in opposition to Apple's motion to transfer the Patent Case.

6. Exhibit D is a true and correct copy of Dkt. No. 66 in the Patent Case. Dkt. No. 66 is a transcript of the hearing on Apple's motion to transfer the Patent Case.

7. Exhibit E is a true and correct copy of Dkt. No. 203 in the Patent Case. Dkt. No. 203 is a transcript of the hearing on Fintiv's motion to file a third amended complaint.

8. Exhibit F is a true and correct copy of Dkt. No. 435 in the Patent Case. Dkt. No. 435 is the redacted public version of Fintiv's June 6, 2022 Emergency Motion for Reopening of Discovery, Trial Continuance, and Sanctions (filed as Dkt. No. 431).

9. Attached as Exhibit G is an aggregation of true and correct copies of the LinkedIn profiles of individuals identified in paragraphs 38-45 of the Complaint:

- As shown on page 2 of Exhibit G, Pascal Caillon appears to be based in or around New York, NY.

- As shown on page 7 of Exhibit G, Jeffrey Sanguk Lee appears to be based in or around McLean, VA.

- As shown on page 9 of Exhibit G, Javier Warra appears to be based in or around New York, NY.

- As shown on page 10 of Exhibit G, Jon Squire appears to be based in or around San Francisco, CA.

- As shown on page 13 of Exhibit G, George Eubank appears to be based in or around Jacksonville Beach, FL.

- As shown on page 16 of Exhibit G, Jeffrey Kiedrowski appears to be based in or around Amherst, OH.

- As shown on page 19 of Exhibit G, Jun Hong appears to be based in or around New York, NY.

- As shown on page 22 of Exhibit G, Jaemin Lim appears to be based in or around Alpharetta, GA.

- As shown on page 28 of Exhibit G, Kevin Zhu appears to be based in or around Marietta, GA.

- As shown on page 35 of Exhibit G, Jason Miller appears to be based in or around San Francisco, CA.  (I understand that, while Mr. Miller's

3

LinkedIn profile identifies Apple as his employer, he has recently left Apple.)

10. Attached as Exhibit H is an aggregation of true and correct copies of the LinkedIn profiles of individuals identified at page 5 of Exhibit C (Fintiv's brief in opposition to Apple's motion to transfer the Patent Case).

11. Attached as Exhibit I is a true and correct copy of the LinkedIn profile of Mike Love, Fintiv's president and CEO.

12. Attached as Exhibit J is a true and correct copy of the first page of the 2025 10-Ks of American Express Co. ("American Express"), Bank of America Corp. ("Bank of America"), Capital One Financial Corp. ("CapitalOne"), Citigroup Inc. ("Citibank"), JPMorgan Chase & Co. ("JPMorgan"), Mastercard Incorporated ("Mastercard"), Visa Inc. ("Visa"), and Wells Fargo & Co. ("Wells Fargo") as filed with the Securities and Exchange Commission, demonstrating the state of incorporation and principal place of business for each corporation.

13. The following is an index of docket entries from the Patent Case cited in the Motion:

| Dkt. No. | Filed By | Document |
| --- | --- | --- |
| 1 | Fintiv | Complaint. |
| 1-1 | Fintiv | Copy of patent filed as exhibit to complaint. |
| 40 | Apple | Apple's motion to transfer. |
| 43 | Fintiv | Affidavit in support of Fintiv's opposition to Apple's motion to transfer. |
| 45 | Fintiv | Fintiv's brief in opposition to Apple's motion to transfer. |
| 66 | Court | Transcript of hearing on Apple's motion to transfer. |

| 73 | Court | Order on Apple's motion to transfer. |
| 83 | Court | Transcript of hearing on claim construction. |
| 86 | Court | Order on claim construction. |
| 139-1 | Fintiv | Fintiv's motion for leave to file third amended complaint. |
| 184 | Court | Order on Apple's motion to dismiss. |
| 188 | Court | Transcript of hearing on claim construction. |
| 202 | Court | Transcript of hearing on claim construction. |
| 203 | Court | Transcript of hearing on Fintiv's motion for leave to file third amended complaint. |
| 259 | Court | Transcript of hearing on multiple motions. |
| 298 | Court | Order appointing technical advisor. |
| 401 | Court | Minute entry for pre-trial conference. |
| 424 | Court | Order on claim construction. |
| 435 | Fintiv | Redacted public version of Fintiv's emergency motion to reopen discovery. |
| 438 | Apple | Redacted public version of Apple's opposition to Fintiv's emergency motion to reopen discovery. |
| 441 | Court | Order on Fintiv's emergency motion to reopen discovery. |
| 468 | Court | Redacted copy of order on summary judgment. |
| 482 | Fintiv | Certified copy of Federal Circuit decision. |
| 494 | Fintiv | Fintiv's emergency motion to continue trial. |
| 509-3 | Apple | Timeline in support of Apple's opposition to Fintiv's emergency motion to continue trial. |
| 541 | Fintiv | Fintiv's notice of voluntary dismissal. |
| 543 | Court | Order granting Apple's motion to dismiss. |
| 546 | Court | Final judgment for Apple. |
| 547 | Court | Redacted public version of order on pretrial motions. |
| 558 | Fintiv | Fintiv's notice of appeal. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed in San Francisco, California on December 23, 2025.

                                                  */s/ Shaelyn Dawson*
                                                  Shaelyn Dawson