IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FINTIV, INC., a Delaware Corporation,<br><br>*Plaintiff,*<br>v.<br><br>APPLE INC., a California Corporation,<br><br>*Defendant.* | Civil Action No. 1:25-cv-04413-TRJ |

**APPLE INC.'S NOTICE OF**
**WITHDRAWAL OF MOTION TO TRANSFER**

Defendant Apple Inc. respectfully submits this Notice withdrawing its motion to transfer this action to the United States District Court for the Western District of Texas. (Dkt. No. 36.) Apple has informed Fintiv of its intention to withdraw its motion to transfer. Apple submitted its motion to transfer as part of the same filing as its motion to dismiss. (*See* Dkt. No. 36, at 18-40.) Apple withdraws only its motion to transfer. Its motion to dismiss Fintiv's First Amended Complaint remains pending.

As Apple explained in its motion to transfer, the Western District of Texas provided the most convenient forum for this litigation. (Dkt. No. 36, at 9-18.) This was largely because this case arises from the same facts as the patent case Fintiv and Apple already litigated in that district. (*Id.* at 2-8, 15-18.) In view of the

overlapping facts and the Eleventh Circuit's transfer factors, Apple asked this Court to transfer this case to Judge Alan Albright, the judge who oversaw the patent case. (*Id.* at 9-18.) Given Judge Albright's familiarity with the facts underlying Fintiv's claims and his rulings on Fintiv's patent claims, transferring this case to his court would have served to conserve judicial resources by preventing duplication of judicial effort. (*Id.* at 16-17.)

Since Apple filed its motion, however, Judge Albright announced that he is retiring from the bench. (Dkt. No. 41-1.) Thus, a transfer to the Western District of Texas no longer promises the same judicial efficiency it did when Apple filed its motion. Accordingly, Apple withdraws its motion to transfer this action to the Western District of Texas and will submit an updated proposed order shortly.

Apple noted in its motion that, in the alternative to the Western District of Texas, the Northern District of California would be a more convenient forum for this litigation. (Dkt. No. 36, at 12 n.2.) At the Court's request, Apple is ready to prepare supplemental briefing on that issue. Otherwise, Apple remains prepared to defend itself against Fintiv's spurious claims in this District.

Dated: May 13, 2026

Respectfully submitted,

*/s/ Kurt R. Erskine*

Kurt R. Erskine
GA Bar No. 249953
POLSINELLI PC
1200 West Peachtree Street NW,
Suite 1100
Atlanta, GA 30309
Tel: (404) 253-6033
Email: kerskine@polsinelli.com

Shaelyn K. Dawson (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Email: shaelyndawson@mofo.com

*Counsel for Defendant*
APPLE INC.

**RULE 7.1(D) CERTIFICATION**

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

*/s/ Kurt R. Erskine*
Kurt R. Erskine

*Counsel for Defendant*
APPLE INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this day a copy of the foregoing was filed and served using the Court's CM/ECF system, which will send notification of such filing to ECF registered participants.

Dated: May 13, 2026

*/s/ Kurt R. Erskine*
Kurt R. Erskine

*Counsel for Defendant*
APPLE INC.